UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

AMENDED EXHIBIT LIST

Case No. __07- CV- 0489___     __X__ Plaintiff
Date: __August 3, 2010__        ____ Defendant

| Ex. # | Description | Date Marked for Ident. | In Evidence |
|---|---|---|---|
| 1 | Work order on New Rd., 10/20/2005 (P Dep Exh 16) | | |
| 2 | Egan letter Re: Bluman, Matusick argument, 7/2/04 (P Dep Exh 3) | | |
| 3 | Bluman discipline settlement, 5/18/2001 (P Dep Exh 37) | | |
| 4 | Various ECWA memoranda regarding conduct of Gary Bluman, 1997-2007 (P Dep Exh 37, 38, 44) (ECWA Doc No's. 959, 973-981, 985, 988-992, 1151, 1153-1160) | | |
| 5 | ECWA new and revised policies, 10/23/2002 (P Dep Exh 28) | | |
| 6 | ECWA policies for discrimination cmplt., discipline (P Dep Exh 5) | | |
| 7 | Scott Matusick signed acknowledgement of policies, 10/23/2002 (P Dep Exh 39) | | |
| 8 | Scott Matusick signed acknowledgement of policies, 10/23/02-4/5/05 (P Dep Exh 34) | | |
| 9 | ECWA Policies (ECWA Docs 343-352) | | |
| 10 | Notice and Statement of Charges by ECWA against Scott Matusick, 11/8/2005 (P Dep Exh 35) | | |
| 11 | Various ECWA memoranda regarding conduct of Brendan Finn, 2000-2005 (P Dep Exh 46) (ECWA Docs 1120-1123, 1202) | | |
| 12 | Notice and Statement of Charges by ECWA against Scott Matusick, 5/6/2005 (P Dep Exh 13) | | |
| 13 | Office Photo, 4/29/2005 (P Dep Exh 42) | | |
| 14 | David Jaros Notes (P Dep Exh 24) | | |
| 15 | Robert Thomas investigation interview notes, 9/15/1997 (P Dep Exh 25) | | |
| 16 | Notice and Statement of Charges by ECWA against Robert Thomas, 9/20/1994 (ECWA Docs 1098-1099) | | |
| 17 | Robert Thomas discipline settlement, 4/3/1998 (P Dep Exh 22) | | |
| 18 | Scott Matusick discipline settlement, 5/31/2005 (ECWA Exh 6) | | |
| 19 | Brendan Finn log book entries, 7/7/2005 (P Dep Exh 6) | | |
| 20 | Log book entries, 9/30/05-10/1/05 (P Dep Exh 33) | | |

| | | | |
|---|---|---|---|
| 21 | Schimwood Court claims file (P Dep Exh 8) | | |
| 22 | Channel 2 article on main break on Schimwood Court, 10/1/2005 (P Dep Exh 29) | | |
| 23 | Schimwood Court excavation inquiry, 10/1/2005 (P Dep Exh 11) | | |
| 24 | Schimwood Court excavation inquiry, 11/10/2004 (P Dep Exh 10) | | |
| 25 | Jaros memo Re: 10/1/05 calls for Schimwood Court, 10/13/2005 (P Dep Exh 15) | | |
| 26 | Letter to Lisinski from resident Re: main leak on Schimwood, 10/14/2005 (ECWA Docs 408) | | |
| 27 | Marzec right to union representation notice, 10/25/2005 (P Dep Exh 20) | | |
| 28 | Kuryak memo Re: the events of 10/20/05, 10/25/2005 (P Dep Exh 14) | | |
| 29 | Guggemos memo Re: the events of 10/20/05, 10/25/2005 (P Dep Exh 18) | | |
| 30 | Letter to Kuryak from resident Re: main leak on 10/20/05, 10/28/2005 (P Dep Exh 17) | | |
| 31 | Memo to Jaros Re: Scott Matusick's failure to act on 10/20/05, 11/2/2005 (P Dep Exh 19) | | |
| 32 | William Faircloth settlement agreement with ECWA, 12/12/2007 (P Dep Exh 47) | | |
| 33 | Items printed by Scott Matusick, 10/1/2005 (P Dep Exh 30) | | |
| 34 | Computer history log, 10/1/2005 (P Dep Exh 31) | | |
| 35 | Brendan Finn Work Order for Crittenden Rd., 10/1/2005 (P Dep Exh 32) | | |
| 36 | Complaint, 6/25/2007 | | |
| 37 | Answer, 8/1/2007 | | |
| 38 | Scott Matusick Interview, 10/26/2005 (P Dep Exh 7) | | |
| 39 | Joseph Marzec Interview, 10/25/2005 (P Dep Exh 12) | | |
| 40 | Scott Matusick earnings records, 2006-2009 | | |
| 41 | ECWA Employee List/Directory 2005 | | |
| 42 | Scott Matusick Medical Records from Dr. Syed A. Farooq | | |
| 43 | Dr. Zaparowski's Report, (updated 8/3/2010) | | |
| 44 | CV's for Dr. Syed A. Farooq and Dr. Zaparowski | | |
| 45 | Scott Matusick Medical Records from Spectrum | | |
| 46 | ECWA Organization Chart, 1/1/05 (P Dep Exh 1) | | |
| 47 | Mary Kathleen Falk Letter to Twarozek Re: Scott Matusick, 6/15/99 (P Dep Exh 2) | | |
| 48 | Bluman Letter, 7/2/04 (P Dep Exh 4) | | |
| 49 | ECWA Policy No. 74.0 (P Dep Exh 7) | | |

| 50 | Notice of Hearing and Statement of Charges for ECWA v Robert Thomas, 9/18/97 (P Dep Exh 21) | | |
|---|---|---|---|
| 51 | Twarozek Letter Re: Thomas Leaving Building, 9/19/94 (P Dep Exh 26) | | |
| 52 | Thomas Discipline Settlement, 9/21/94 (P Dep Exh 27) | | |
| 53 | Log Book Entries, 3/11/04-9/28/04 (P Dep Exh 40) | | |
| 54 | Bluman West Seneca Town Court, 4/19/00 (P Dep Exh 43) | | |
| 55 | Log Book Entries, 5/5/04-7/18/04 (P Dep Exh 45) | | |
| 56 | ECWA Policy No. 6.1, 6.1 (ECWA Exh 4) | | |
| 57 | ECWA Policy No. 79.0 (ECWA Exh12) | | |
| 58 | Scott Matusick Notice of Termination, 4/24/06 (ECWA Exh 13) | | |
| 59 | Log Book Entries, 2/24/09 | | |